| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION

Case number *(if known)* _____  Chapter ___7___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | Ramon Road Production Campus, LLC a Delaware limited liability company |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | FDBA  Sunniva Production Campus, LLC |
| 3. | Debtor's federal Employer Identification Number (EIN) | 82-3146115 |

**4.  Debtor's address**

**Principal place of business**

101 Ygnacio Valley Rd., Suite 200
Walnut Creek, CA 94596
Number, Street, City, State & ZIP Code

Contra Costa
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
69375 Ramon Rd. Cathedral City, CA 92234
Number, Street, City, State & ZIP Code

| | | |
| --- | --- | --- |
| 5. | Debtor's website (URL) | None |

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Ramon Road Production Campus, LLC    Case number (*if known*)
         liability company
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship |
|---|---|---|---|
| | District | When | Case number, if known |

Debtor  Ramon Road Production Campus, LLC a Delaware     Case number (*if known*)
        liability company
        Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

            Contact name _____

            Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Ramon Road Production Campus, LLC    Case number (*if known*)
liability company
Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 30, 2020
MM / DD / YYYY

X _Joel W Stoesser_                            Joel W. Stoesser
Signature of authorized representative of debtor    Printed name

Title    Authorized Representative

---

**18. Signature of attorney**

X _Victor A. Sahn_                            Date    September 30, 2020
Signature of attorney for debtor                MM / DD / YYYY

Victor A. Sahn
Printed name

**Sulmeyer**Kupetz, A Professional Corporaton
Firm name

333 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
Number, Street, City, State & ZIP Code

Contact phone    213.626.2311        Email address    vsahn@sulmeyerlaw.com

97299 CA
Bar number and State

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

## WRITTEN CONSENT OF THE SOLE MEMBER OF

## RAMON ROAD PRODUCTION CAMPUS, LLC
### a Delaware limited liability company

**BRISTOL CAPITAL INVESTORS**, LLC, a Delaware limited liability company ("*Bristol*"), the sole member of **RAMON ROAD PRODUCTION CAMPUS, LLC** (formerly Sunniva Production Campus, LLC), a Delaware limited liability company (the "*Company*"), being duly authorized, hereby adopts the following resolutions, effective as of September 28, 2020:

**WHEREAS**, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

**NOW, THEREFORE, IT IS RESOLVED**, that Joel W. Stoesser is appointed as the authorized representative of the Company and is authorized and directed to execute and deliver all documents necessary to complete and perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the Company; and

**IT IS FURTHER RESOLVED** that Joel W. Stoesser is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with the bankruptcy case; and

**IT IS FURTHER RESOLVED** that the Company is authorized and directed to employ Victor A. Sahn, attorney, and the law firm of Sulmeyer Kupetz, to represent the Company in the bankruptcy case.

This Written Consent may be executed and delivered in multiple counterparts, by facsimile, by portable document format, and by electronic mail or other electronic transmission, and all signature pages so executed shall be deemed an original, and all of which together shall constitute one single original Written Consent.

**IN WITNESS WHEREOF**, Bristol has executed this Written Consent, effective as of September 15, 2020, and this Written Consent shall be included with the records of the Company.

**BRISTOL CAPITAL INVESTORS, LLC**
a Delaware limited liability company


By: *Joel W Stoesser*
Joel W. Stoesser, Authorized Representative

| Fill in this information to identify the case: |
|---|

| | |
|---|---|
| Debtor name | Ramon Road Production Campus, LLC a Delaware limited liability company |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ *Amended Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    Written Consent of Sole Member of Ramon Road Production Campus, LLC; Declaration Under Penalty of Perjury for Non-Individual Debtors; Statement of Related Cases; Statement of Financial Affairs; Disclosure of Attorney Compensation; Corporate Ownership Statement; Verification of Mailing Matrix; and Master Mailing List

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 30, 2020          X _Joel W. Stoesser_____
                                           Signature of individual signing on behalf of debtor

                                           Joel W. Stoesser
                                           Printed name

                                           Authorized Representative
                                           Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Victor A. Sahn<br>**Sulmeyer**Kupetz, A Professional Corporation<br>333 South Grand Avenue<br>Suite 3400<br>Los Angeles, CA 90071<br>213.626.2311 Fax: 213.629.4520<br>California State Bar Number: 97299 CA<br>vsahn@sulmeyerlaw.com | |
| ◼ *Attorney for: Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Ramon Road Production Campus, LLC a Delaware limited liability company<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    7 |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  Joel W. Stoesser _____ , the undersigned in the above-captioned case, hereby declare
      *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.　　　I have personal knowledge of the matters set forth in this Statement because:

■ I am the president or other officer or an authorized agent of the Debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
☐ I am the attorney for the Debtor corporation

2.a.　　■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:　 Bristol Capital Investors, LLC

b.　　☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

September 30, 2020
_____
Date

By: _Joel & Stresser_____
Signature of Debtor, or attorney for Debtor

Name:　　Authorized Representative
　　　　　Printed name of Debtor, or attorney for
　　　　　Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                            **F 1007-4.CORP.OWNERSHIP.STMT**

## GLOBAL NOTES, METHODOLOGY, DISCLAIMERS, AND SPECIFIC DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

## I.    INTRODUCTION

The above captioned Debtor in the above-captioned chapter 7 case, with the assistance of its advisors, has filed its Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**Statements**" and together with the Schedules, the "**Schedules and Statement**") with the United States Bankruptcy Court for the Central District of California (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and rules 1007-1 and 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Central district of California  and other applicable Local Rules for the United States Bankruptcy Court for the Central District of California.

On September 30, 2020 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

These Global Notes, Methodology, Disclaimers and Specific Disclosures Regarding the Debtor's Schedule of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**")2 pertain to, are incorporated by reference in and comprise an integral part of the Debtor's Schedules and Statement. The Global Notes should be referred to, considered and reviewed in connection with any review of the Schedules and Statement.

The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with any financial statement of the Debtor. Additionally, the Schedules and Statement contain unaudited information that is subject to further review and potential adjustment and reflect the Debtor's reasonable efforts to report the assets and liabilities.

In preparing the Schedules and Statement, the Debtor relied upon information derived from its books and records available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised or subsequent information, may cause a material change to the Schedules and Statement.

The Debtor, and its officers, employees, agents, attorneys and financial advisors, do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statement and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statement. Except as expressly required by the Bankruptcy Code, the Debtor and its officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statement or to notify any third party should the information be updated, modified, revised or

recategorized. The Debtor, on behalf of itself, its officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statement and reserve all rights with respect thereto.

The Schedules and Statement have been signed by an authorized representative of the Debtor. In reviewing and signing the Schedules and Statement, the authorized representative relied in good faith upon the efforts, statements and representations of the Debtor's other personnel, professionals, consultants, and managers. The authorized representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses. The authorized representative's signature herein under penalty of perjury is expressly based on a good faith reliance on the information and representations of other personnel and professionals with knowledge of the information stated herein.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

**1. Reservation of Rights**. Due to the COVID-19 public health emergency and regional governmental orders mandating the closing of non-essential businesses, access to employees, personnel, consultants, managers and information has been changed from that which previously existed. There is no way to know, for certain, what affect this monumental change in circumstances of the conduct of the Debtor's business has had upon it. The Debtor has largely relied on remote access of their systems and historical financial information and related data. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statement; however, inadvertent errors or omissions may exist.

The Debtor reserves all rights to amend or supplement the Schedules and Statement from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statement as to amount, liability, priority, status or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" further a Chapter 7 Trustee, based upon his or her own evaluation of the Schedules and Statement, and the listing of claims in this bankruptcy case, may object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not in fact "disputed," "contingent" or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against anyone else associated with the Debtor. Furthermore, nothing contained in the Schedules and Statement shall constitute a waiver of rights with respect to the within Bankruptcy Case, including, without limitation, issues involving Claims, defenses, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers by the Chapter 7 Trustee. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statement.

VAS 2706343v1

The listing in the Schedules or Statement by the Debtor of any obligation is a statement of what appears in the Debtor's books and records and does not reflect any admission or conclusion of the Debtor regarding whether such amount would be allowed as a Claim pursuant to Bankruptcy Code section 502 of the Bankruptcy Code.

**2. Description of Cases and "as of" Information Date**. On the Petition Date, the Debtor filed its voluntary petition for relief under chapter 7 of the Bankruptcy Code.

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the close of business on September 30, 2020, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on September 30, 2020**.

**3. Basis of Presentation:** For financial reporting purposes, prior to the Petition Date, the Debtor utilized historically prepared financial documents. These Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("**GAAP**"), nor are they intended to reconcile to the financial statements previously distributed to lenders, major creditors or various equity holders on an intermittent basis. Unlike the GAAP based financial statements, the Schedules and Statement reflect the assets and liabilities of the Debtor, except where otherwise indicated. Information contained in the Schedules and Statement has been derived from the Debtor's books and records and historical financial statements. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.

**4. Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtor to obtain current market valuations for all of its assets as of the Petition Date. Accordingly, unless otherwise indicated, the Schedules and Statement reflect net book values as of the period ended September __, 2020, as set forth in the Debtor's books and records. Additionally, because the book value of certain assets, such as fixed assets, intangible assets, etc., may materially differ from their fair market value, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statement if they have no net book value.

**5. Recharacterization**. Notwithstanding the Debtor's reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtor may, nevertheless, have improperly characterized, classified, categorized, designated (including as "disputed," "contingent," "unliquidated," and "subject to set-off"), or omitted certain items or designations regarding the claims listed. Accordingly, the Debtor reserves all rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes

available, including, without limitation, whether contracts or leases listed herein were deemed
executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

**6. Excluded Assets and Liabilities**. The Debtor has sought to allocate liabilities between the
prepetition and postpetition periods, subject to the methodology in these Global Notes, based
on the information and research conducted in connection with the preparation of the Schedules
and Statement. As additional information becomes available and further research is
conducted, the allocation of liabilities between the prepetition and postpetition periods may
change.

**7. Insiders**. Entities listed as "insiders" have been included for informational purposes and their
inclusion shall not constitute an admission that those entities are insiders for purposes of
Bankruptcy Code section 101(31). Such individuals may no longer serve in such capacities.
In the interest of additional disclosure, the Debtor may also have included certain individuals
who may have officer titles in their responses to Statements, Part 13, Question 28.
The listing of a party as an insider for purposes for the Schedules and Statements is not intended
to be, nor should it be, construed as an admission of any fact, right, claim or defense, and all
such rights, claims and defenses are hereby expressly reserved. Information regarding the
individuals listed as insiders in the Schedules and Statements have been included for
informational purpose only and such information may not be used for purposes of determining
control of the Debtor, the extent to which any individual exercised management
responsibilities or functions, corporate decision-making authority over the Debtor, or whether
such individual could successfully argue that he or she is not an insider under applicable law,
including the Bankruptcy Code and federal securities laws, or with respect to any theories of
liability or any other purposes.

**8. Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtor
may not have listed all of their causes of action or potential causes of action against
third-parties as assets in the Schedules and Statement, including, without limitation, causes of
actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant
non-bankruptcy laws to recover assets or avoid transfers. The Debtor and the Debtor's eventual
Chapter 7 Trustee reserves all rights with respect to any cause of action (including avoidance
actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim
on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien,
indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, and
privilege of any kind or character whatsoever, known, unknown, fixed or contingent, matured
or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed,
secured or unsecured, assertable directly or derivatively, whether arising before, on, or after
the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of
law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the
Schedules and Statement shall be deemed a waiver of any Claims or Causes of Action or in
any way prejudice or impair the assertion of such Claims or Causes of Action.

**9. Estimates and Assumptions**. Because of the timing of the chapter 7 filing, management was
required to make certain estimates and assumptions that affected the reported amounts of these
assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

VAS 2706343v1

**10. Setoffs**. The Debtor incurs certain offsets and other similar rights during the ordinary course of business.  These offsets, and other similar rights, are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets in the ordinary course of business are not independently accounted for, and as such, may be excluded from the Schedules and Statement.

**11. Global Notes Control**. If the Schedules and Statement differ from these Global Notes, the Global Notes shall control.

**Specific Disclosures with Respect to the Debtor's Schedules**

**Petition**: Question 4, While the Debtor's principal assets in Cathedral City, California was foreclosed upon on or about September 1, 2020, Debtor has continued to show this address as a place of business and also because most of the Debtor's creditors are located in Riverside County, California

**Petition:** Question 7, Debtor was formed for the purpose of designing and building  an approximately 489,000 square foot  fully functioning facility on approximately 19 acres consisting of a glass greenhouse and support building.  Construction of the facility was more than 80% completed when construction stopped.  As far as Debtor is aware, construction has not commenced again.  On September 1, 2020, Debtor's lender foreclosed on the real property.

**Petition:** Question 15, Estimated asset value of $1 Million to $10 Million is based upon a promissory note whose face value is estimated at  $2,163,554 but which the Debtor views as uncollectable.  However, the Chapter 7 Trustee will ultimately determine if this is the case.

**Schedule A/B**.71 .  The promissory note from CP Logistics LLC is the same promissory note as the note identified in Petition, Question 15, directly above.  CP Logistics LLC is asserting a current lease to the property, and the Debtor and CP Logistics prepetition were engaged in arbitration as to all issues between them. Debtor believes that post-foreclosure it possesses a damage claim against CP Logistics in an amount which exceeds $50 Million.

**Schedule E/F**. 3.1-3.67.  Most of the claims identified in Schedule F are claims which are the subject of litigation between the Debtor, other defendants, and numerous mechanic's lien holders who are proceeding to enforce their litigation rights under applicable law respecting the perfection of their mechanic's liens.  All of these claims have been listed as contingent, unliquidated and disputed because their universal involvement in disputed litigation requires that the Debtor set forth these claims in this manner.  Finally, an undetermined number of these claims are repeated or duplicative of other claims, such as sub-contractor claims being partially duplicative of claims asserted by general contractors.  All such claims are listed separately in this Bankruptcy Case.

**Schedule E/F. 4.1-4.14.**  Numerous lawyers represent the litigants in the numerous legal actions that have been filed involving the Debtor and others as defendants.  The legal actions are

identified in the Statement of Financial Affairs, and the lawyers are identified in this paragraph 4.1-4.14.

**Note on Page 27/60 in the Bankruptcy Schedules.** Here the reference to the subcontractor claims being included within certain contractor claims is stated. Further, in spite of the asserted mechanic's lien rights of some or all of the litigants, those lien rights exist, if at all, against the secured creditor who foreclosed on the Debtor's real property located in Cathedral City, California. Certain mechanic's lien claimants are asserting a super priority lien as against the lender who foreclosed. Accordingly, as to the Debtor, the mechanic's lien claims are being shown as unsecured claims because the Debtor no longer owns the real property to which these claims attach.

**Schedule G** .2.1-2.14- Certain information, such as the contact information of the counter-party, may not
be included where such information could not be obtained using the Debtor's reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease that was in effect on the Petition Date or is valid or enforceable.

The contracts, agreements, and leases listed on Schedule G may have expired or terminated prior to the Petition Date. The rights of the Debtor and the bankruptcy estate are reserved in this regard. Additionally, some of the contracts, agreements, and leases listed on Schedule G may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtor's use of reasonable efforts to identify such documents.

Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on Schedule G.

**Schedule H**. The Debtor may not have identified certain guarantees associated with the Debtor's executory contracts, unexpired leases, or claims, but Debtor does not believe that any such contracts exist.

### Specific Disclosures with Respect to the Statement of Financial Affairs

**Statement 2**. Debtor's revenues for the years preceding its bankruptcy filing consisted entirely of payments made to it by CP Logistics, LLC which has been discussed above. Payments on this promissory note have ceased as of this time.

**Statement 3**. 3.1-BOBS, LLC has been listed in response to this question in an abundance of caution and for the purpose of stating that they conducted a foreclosure sale on September 1, 2020 on the Debtor's real property prior to this filing of this Bankruptcy Case. Debtor believes that the secured indebtedness to BOBS, LLC was approximately $34,000,000 when BOBS, LLC conducted its foreclosure sale. Debtor also believes that the value of the real property on which BOBS, LLC conducted its foreclosure sale, at the time the sale was conducted (and at a time when construction was not completed and the tenant was not yet occupying the property and paying rent) was approximately $86 Million (less the value of mechanic's liens that have priority over the lender's deed of trust).

**Statement 3**. 3.2-3.22—These are normal course payments to non-insider creditors as far as Debtor is aware.

**Statement 7**. 7.1-7.8—These are the pending legal actions/litigation matters which the Debtor has been able to identify.

**Statement 28.** Debtor was the owner of the real property until the foreclosure on September 1, 2020 by lender BOBS, LLC. Debtor is a Delaware limited liability company, and prior to May 29, 2020, Graceland Matrix Partners, LLC was the sole member of Debtor. On May 29, 2020, Bristol Capital Investors, LLC foreclosed pursuant to a UCC foreclosure sale on the membership interests of Graceland Matrix Partners, LLC and became the sole member of Debtor. This effected a change in the equity interests of the Debtor.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or
    against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any
    copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any
    corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number
    and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom
    assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property
    included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform
    Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the
    debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the
    debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the
    complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge
    and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list
    any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has
    previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer
    of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner
    of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms
    or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each
    such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether
    still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule
    A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has
    been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior
    proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still
    pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B
    that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Kinnelon,  New Jersey

*Joel W Stoesser*

Joel W. Stoesser
Signature of Debtor 1

Date:        September 30, 2020

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                        *Page 1*                **F 1015-2.1.STMT.RELATED.CASES**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Ramon Road Production Campus, LLC a Delaware limited liability company |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................ $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................ $ _____ 2,163,554.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................ $ _____ 2,163,554.00

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ _____ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................ $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ _____ 44,798,586.00

4. **Total liabilities** ............................................................................................................
   Lines 2 + 3a + 3b

   $ 44,798,586.00

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Ramon Road Production Campus, LLC a Delaware limited liability company |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm) — Type of account — Last 4 digits of account number

| 3.1. | Wells Fargo Bank, N.A. | Checking | 7665 | $1,400.00 |
|---|---|---|---|---|

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                                                         $1,400.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

Debtor    Ramon Road Production Campus, LLC a Delaware limited        Case number *(If known)*
          liability company
          _____
          Name

---

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

---

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

---

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

---

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

**Current value of
debtor's interest**

71.   **Notes receivable**
     Description (include name of obligor)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Ramon Road Production Campus, LLC a Delaware limited liability company | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| CP Logistics, LLC Promissory Note "In addition to the liability of CP Logistics under the promissory note executed in favor of the Debtor is the additional liability that CP Logistics has to the Debtor for the loss of its equity in the real estate project that the Debtor was developing at the time that the secured lender foreclosed upon it. Debtor estimates that the equity was not less than $50 Million which was lost and estimates its additional damages in this amount." | 2,162,154.00    - Total face amount | 0.00   = doubtful or uncollectible amount | $2,162,154.00 |

---

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                                                  $2,162,154.00
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    Ramon Road Production Campus, LLC a Delaware limited
liability company
Name

Case number *(If known)*

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,400.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,162,154.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,163,554.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,163,554.00 |

| Fill in this information to identify the case: |
|---|

Debtor name    Ramon Road Production Campus, LLC a Delaware limited liability company

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __Ramon Road Production Campus, LLC a Delaware limited liability company__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>For notice purposes only | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>For notice purposes only | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Ramon Road Production Campus, LLC a Delaware limited liability company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.3** | Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
For notice purposes only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address
Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address
State Board of Equalization
Special Operations BK Team, MIC 29
P.O. box 942879
Sacramento, CA 94279-0029

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
For notice purposes only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** | **Nonpriority creditor's name and mailing address**
Advanced Installations
81771 Oleander Ave. #1
Indio, CA 92201

**Date(s) debt was incurred** 11/5/19

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Interior Build Out

Is the claim subject to offset? ■ No  ☐ Yes

$86,000.00

---

| Debtor | Ramon Road Production Campus, LLC a Delaware<br>limited liability company | Case number (if known) |
| --- | --- | --- |
| | Name | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179,050.00 |
| --- | --- | --- | --- |

Alms Underground
38703 Vista Drive
Cathedral City, CA 92234

Date(s) debt was incurred  11/5/19

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Site Utilities

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,456.97 |
| --- | --- | --- | --- |

Barker Pacific Group
626 Wilshire Blvd., Suite 200
Los Angeles, CA 90017-2915

Date(s) debt was incurred  6/30/20

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounting Administration

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $184,220.54 |
| --- | --- | --- | --- |

BB&L, Inc.
45116 Commerce Street
Indio, CA 92201

Date(s) debt was incurred  184220.54

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Electric

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

Bobs, LLC
c/o Royalty Realty & C. Sandoval
600 S. Spring St., Suite 106
Los Angeles, CA 90014

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Attn: Cindy Sandoval

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00 |
| --- | --- | --- | --- |

Boswell Safe and Vault
43980 Mahlon Vail Rd., Suite 3401
Temecula, CA 92592

Date(s) debt was incurred  11/5/19

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Interior Vault

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

Brittany Smith
c/o Greenberg & Ruby, LLP
Emily A. Ruby, Esq.
6100 Wilshire Blvd., Ste. 1170
Los Angeles, CA 90048

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Lawsuit

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $444,506.33 |
| --- | --- | --- | --- |

Certhon Greenhouse Solutions
ABC Westland 555
2685 DG Poeldik
Netherlands

Date(s) debt was incurred  6/4/20

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Greenhouse Structure

Is the claim subject to offset?  ☐ No   ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Ramon Road Production Campus, LLC a Delaware limited liability company | Case number (if known) |
|---|---|---|
| | Name | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,566,870.00 |
|---|---|---|---|

Christian Brothers Mechanical Servi
11140 Thurston Lane
Mira Loma, CA 91752

Date(s) debt was incurred  12/5/19

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  HVAC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,000.00 |
|---|---|---|---|

City of Cathedral City
68700 Avenida Lalo Gueerrero
Cathedral City, CA 92234

Date(s) debt was incurred  12/31/19

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  City Permit Fees

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Clarisse Young Shumaker
Shumaker Mallory LLP
1 Ringbit Rd W
Rolling Hills, CA 90274

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For Notice Purpose Only
Counsel for Sunniva Production Campus, LLC, n/k/a Ramon Road
Productions Campus, LLC,
and Bristol Capital Investors

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,487.37 |
|---|---|---|---|

CM Process Solutions
505 E. Rincon St., Suite 150
Corona, CA 92879

Date(s) debt was incurred  9/5/19

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Interior Equipment

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $82,697.20 |
|---|---|---|---|

Coachella Valley Water District
51501 Tyler St.
Coachella, CA 92236

Date(s) debt was incurred  9/16/19

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  City Permit Fees

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $72,269.39 |
|---|---|---|---|

Consolidated Electrical
Distributors
PO Box 847106
Los Angeles, CA 90084

Date(s) debt was incurred  12/27/19

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Electric

Is the claim subject to offset? ☐ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  Ramon Road Production Campus, LLC a Delaware
limited liability company

Case number (if known) _____

Name

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,000,000.00 |

CP Logistics, LLC c/o Dentons US LL
601 S. Figueroa, Ste 2500
Attn: Chris Humphreys
Los Angeles, CA 90017-5704

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** CP Logistics, LLC vs Sunniva Production Campus LLC;
JAMS Reference No. 1220064266
Demand for Arbritration

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,295,411.20 |

Critical Electric Systems Group
1278 Montalvo Way
Palm Springs, CA 92262

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** 12/5/19

**Last 4 digits of account number** _

**Basis for the claim:** Electric

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,446.50 |

David Kretz
8 Kavenish Dr.
Rancho Mirage, CA 92270

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** 11/15/19

**Last 4 digits of account number** _

**Basis for the claim:** Deputy Inspections

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |

Dennis Hurvitz
75401 Painted Desert Drive
Indian Wells, CA 92210

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** 12/31/19

**Last 4 digits of account number** _

**Basis for the claim:** Engineering Services

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,051.40 |

G & V Greenhouse Solutions
13405 Walter Road
Sunman, IN 47041

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** 2/28/20

**Last 4 digits of account number** _

**Basis for the claim:** Glass on South Facade

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $97,450.00 |

Gabriel's Wrought Iron
46539 Spruce St.
Indio, CA 92201

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** 12/5/19

**Last 4 digits of account number** _

**Basis for the claim:** Fencing

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    Ramon Road Production Campus, LLC a Delaware
limited liability company
_____    Case number (if known) _____
        Name

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | $39,723.00 |

Gauston Corp.
45311 Golf Center Parkway C
Indio, CA 92201

**Date(s) debt was incurred**  12/5/19
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Concrete

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | $4,624.08 |

Golden Office Trailers
P.O. Box 669
Wildomar, CA 92595

**Date(s) debt was incurred**  10/5/19
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Trailers

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | $150,000.00 |

Graceland Industries, Inc.
626 Wilshire Blvd., #200
Los Angeles, CA 90017

**Date(s) debt was incurred**  10/1/19
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Development Management

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | $0.00 |

Haight Brown & Bonesteel LLP
L.S. Zucker II and Kaitlin Preston
402 West Broadway, Suite 1850
San Diego, CA 92101

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Insurance Attorneys
Notice Purpose Only

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | $63,567.45 |

Helix Security
10200 E. Girard Ave., #B420
Denver, CO 80231

**Date(s) debt was incurred**  9/23/19
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Security System

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | $5,837.50 |

Herman Design Group
77899 Wolf Rd., Suite 102
Palm Desert, CA 92211

**Date(s) debt was incurred**  2/10/20
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Landscape Design

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | $60,070.13 |

Idaho Pacific Lumber Co.
1770 S. Spanish Sun Way
Meridian, ID 83642

**Date(s) debt was incurred**  1/3/20
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Framing Materials

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Ramon Road Production Campus, LLC a Delaware limited liability company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | $1,500.00 |
|---|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | |
| | Interior Branding by iForm Media | ■ Contingent | |
| | 74839 4snd Avenue, Ste. D | ■ Unliquidated | |
| | Palm Desert, CA 92211 | ■ Disputed | |
| | **Date(s) debt was incurred** 11/5/19 | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Front Facade | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | $55,986.00 |
|---|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | |
| | Interstate Asphalt and Concrete | ■ Contingent | |
| | PO Box 6358 | ■ Unliquidated | |
| | Anaheim, CA 92816 | ■ Disputed | |
| | **Date(s) debt was incurred** 1/17/20 | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Site Work Materials | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | $273,331.74 |
|---|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | |
| | J.H. Thompson & Sons | ■ Contingent | |
| | 79-607 Country Club Dr. #2 | ■ Unliquidated | |
| | Bermuda Dunes, CA 92203 | ■ Disputed | |
| | **Date(s) debt was incurred** 12/5/19 | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Grading/ Site and Work/Traffic Signal | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | $3,125.00 |
|---|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | |
| | Jewett Concrete | ■ Contingent | |
| | 28700 Sunridge Court | ■ Unliquidated | |
| | Menifee, CA 92584 | ■ Disputed | |
| | **Date(s) debt was incurred** 10/5/19 | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Concrete | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | $116,905.70 |
|---|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | |
| | Klawiter & Associates | ■ Contingent | |
| | 626 Wilshire Blvd., #555 | ■ Unliquidated | |
| | Los Angeles, CA 90017 | ■ Disputed | |
| | **Date(s) debt was incurred** 10/25/19 | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Architect/Interior Design | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | $50,559.48 |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | |
| | Magik Glass and Door | ■ Contingent | |
| | 3500 E. Tachevah Dr., Suite A | ■ Unliquidated | |
| | Palm Springs, CA 92262 | ■ Disputed | |
| | **Date(s) debt was incurred** 10/5/19 | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Interior and Exterior Glass | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | $14,041.90 |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | |
| | Matich Corporation | ■ Contingent | |
| | 1596 Harry Shepard Blvd. | ■ Unliquidated | |
| | San Bernardino, CA 92408 | ■ Disputed | |
| | **Date(s) debt was incurred** 12/19/19 | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Site Work Materials | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Ramon Road Production Campus, LLC a Delaware limited liability company | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

Michael Barker
Barker Pacific Group
626 Wilshire Blvd., Suite 200
Los Angeles, CA 90017-2915

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** RLI Insurance Company vs City of Catherdral City; Riverside Superior Court PSC 2000961

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

Michael Barker, Agent for Service
of Process
Barker Pacific Group
626 Wilshire Blvd., Suite 200
Los Angeles, CA 90017-2915

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,620.25 |
| --- | --- | --- | --- |

Mobile Mini
22632 S.Alameda St.
Long Beach, CA 90810

**Date(s) debt was incurred** 12/5/19

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Onsite Storage

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

Mortgage Lender Services, Inc.
c/o Marsha Townsend
11707 Fair Oaks Blvd., Suite 202
Fair Oaks, CA 95628

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $218,541.52 |
| --- | --- | --- | --- |

MR Somers Construction
10557 Juniper Ave.
Fontana, CA 92337

**Date(s) debt was incurred** 12/5/19

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Door Installation

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

Norman M. Valz, Esq.

100 S. Broad St., Suite 1330
Philadelphia, PA 19110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For Informational Purpose Only

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Ramon Road Production Campus, LLC a Delaware limited liability company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address**<br>Orr Builders<br>39201 Badger St., #300<br>Palm Desert, CA 92211<br><br>**Date(s) debt was incurred** 12/5/19<br><br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>◼ Contingent<br>◼ Unliquidated<br>◼ Disputed<br><br>**Basis for the claim:** General Contractor for Debtor<br><br>Is the claim subject to offset? ◼ No ☐ Yes | $10,010,068.21 |
|---|---|---|---|

| 3.42 | **Nonpriority creditor's name and mailing address**<br>Pagliaro Construction<br>2382 Meadow Ridge Dr.<br>Chino Hills, CA 91709<br><br>**Date(s) debt was incurred** Unknown<br><br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>◼ Contingent<br>◼ Unliquidated<br>◼ Disputed<br><br>**Basis for the claim:** Framing<br>Sub contractor of Orr Builders<br><br>Is the claim subject to offset? ◼ No ☐ Yes | Unknown |
|---|---|---|---|

| 3.43 | **Nonpriority creditor's name and mailing address**<br>Pascal Steel Corporation<br>555 2nd St., #4<br>Encinitas, CA 92024<br><br>**Date(s) debt was incurred** 12/5/19<br><br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>◼ Contingent<br>◼ Unliquidated<br>◼ Disputed<br><br>**Basis for the claim:** Steel<br><br>Is the claim subject to offset? ◼ No ☐ Yes | $221,076.00 |
|---|---|---|---|

| 3.44 | **Nonpriority creditor's name and mailing address**<br>Patton Enterprises<br>680 S. Williams Rd.<br>Palm Springs, CA 92264-1549<br><br>**Date(s) debt was incurred** 9/5/19<br><br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>◼ Contingent<br>◼ Unliquidated<br>◼ Disputed<br><br>**Basis for the claim:** Doors and Gates<br><br>Is the claim subject to offset? ◼ No ☐ Yes | $23,452.20 |
|---|---|---|---|

| 3.45 | **Nonpriority creditor's name and mailing address**<br>PB Techniek<br>Honderdland 851, 2676 LV<br>Maasdijk, Netherlands<br><br>**Date(s) debt was incurred** 5/20/19<br><br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>◼ Contingent<br>◼ Unliquidated<br>◼ Disputed<br><br>**Basis for the claim:** Irrigation and Electrical Systems<br><br>Is the claim subject to offset? ◼ No ☐ Yes | $177,120.00 |
|---|---|---|---|

| 3.46 | **Nonpriority creditor's name and mailing address**<br>PB Techniek<br>Honderdland 851<br>2676 LV Maasdijk<br>Netherlands<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>◼ Contingent<br>◼ Unliquidated<br>◼ Disputed<br><br>**Basis for the claim:** Arbitration<br>Logiqs B.V. vs. Sunniva Production Campus, LLC<br>Asserting $1,000,000 Damages and $700,000 in consequential damages.<br><br>Is the claim subject to offset? ◼ No ☐ Yes | $1,700,000.00 |
|---|---|---|---|

| Debtor | Ramon Road Production Campus, LLC a Delaware limited liability company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address**<br>Peterson Grading & Paving<br>2542 Avalon Street<br>Riverside, CA 92509<br><br>**Date(s) debt was incurred** unknown<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Grading / Site Work Subcontractor of Orr Builders<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
|---|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address**<br>PM10, Inc.<br>75140 St. Charles Place #A<br>Palm Desert, CA 92211<br><br>**Date(s) debt was incurred** 3/4/20<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Dust Control<br><br>Is the claim subject to offset? ■ No ☐ Yes | $4,500.00 |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>PowerPlus!<br>5500 E. La Palma<br>Anaheim, CA 92807<br><br>**Date(s) debt was incurred** 12/5/19<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Temporary Power<br><br>Is the claim subject to offset? ■ No ☐ Yes | $25,788.50 |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>RMC Construction, Inc.<br>PO Box 128<br>Thousand Palms, CA 92276<br><br>**Date(s) debt was incurred** 11/5/19<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Masonry<br><br>Is the claim subject to offset? ■ No ☐ Yes | $40,073.00 |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>RSZ Plastering<br>91822 Katherine Drive<br>Mecca, CA 92254<br><br>**Date(s) debt was incurred** 12/5/19<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Interior Build Out<br><br>Is the claim subject to offset? ■ No ☐ Yes | $680.00 |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>S.R. Bray, LLC dba Power Plus!<br>c/o Gibbs Digen Locher Turner Senet & Wittbrodt LLP<br>1880 Century Park East, 12th Floor<br>Los Angeles, CA 90067<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

| Debtor | Ramon Road Production Campus, LLC a Delaware limited liability company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.53** Nonpriority creditor's name and mailing address
Safe Scaffolding
12306 Van Nuys Blvd.
Sylmar, CA 91342

Date(s) debt was incurred 9/5/19
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  $4,384.80
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Scaffolding

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address
Sequoia Trail Engineers
1432 E. Northern Avenue
Phoenix, AZ 85020

Date(s) debt was incurred 12/16/19
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  $13,690.00
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: MEP Engineering

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address
Shumaker Mallory, LLC
Clarisse Young Shumaker
Brett J. Wasserman
333 S. Grand Ave., Suite 3400
Los Angeles, CA 90071

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Listed For Notice Purpose Only

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address
Sierra Pacific Electrical
Contracting, Inc.
2542 Avalon Street
Riverside, CA 92509

Date(s) debt was incurred 2/20/20
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  $228,340.34
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Traffic Signal

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.57** Nonpriority creditor's name and mailing address
Southwest Fire Pros
31410 Reserve Dr., Suite 2
Thousand Palms, CA 92276

Date(s) debt was incurred 12/5/19
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  $221,280.25
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Fire Suppression

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address
SSW Mechanical Construction
670 Oleander Rd
Palm Springs, CA 92264

Date(s) debt was incurred 12/5/19
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  $89,124.00
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Plumbing Services

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address
Steven E. Creamer, Esq.
DRWelch Attorneys at Law
500 South Grand Ave., 18th Floor
Los Angeles, CA 90071

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: For Informational Purposes Only

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 11 of 14

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Ramon Road Production Campus, LLC a Delaware limited liability company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.60** | **Nonpriority creditor's name and mailing address**
Superior Ready Mix L.P.
1508 W. Mission Road
Escondido, CA 92029

**Date(s) debt was incurred** 1/2/20

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Site Work Materials

Is the claim subject to offset? ■ No ☐ Yes

$27,788.09

---

**3.61** | **Nonpriority creditor's name and mailing address**
TEP Irvine
PO Box 18355
Irvine, CA 92623

**Date(s) debt was incurred** 1/9/20

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Traffic Signal Design

Is the claim subject to offset? ■ No ☐ Yes

$770.00

---

**3.62** | **Nonpriority creditor's name and mailing address**
The McIntyre Company
2817 E. Cedar St., Suite 200
Ontario, CA 91761

**Date(s) debt was incurred** 1/14/20

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Steel

Is the claim subject to offset? ■ No ☐ Yes

$45,090.00

---

**3.63** | **Nonpriority creditor's name and mailing address**
Trench Shoring
206 N. Central Avenue
Compton, CA 90220

**Date(s) debt was incurred** 10/5/19

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Shoring/Site Work

Is the claim subject to offset? ■ No ☐ Yes

$1,954.40

---

**3.64** | **Nonpriority creditor's name and mailing address**
United Rentals
100 First Stamford Place, Ste. 700
Stamford, CT 06902

**Date(s) debt was incurred** 2/14/20

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Equipment Rental

Is the claim subject to offset? ■ No ☐ Yes

$217,672.64

---

**3.65** | **Nonpriority creditor's name and mailing address**
Urban Habitat
PO Box 1177
La Quinta, CA 92247

**Date(s) debt was incurred** 12/5/19

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Landscaping

Is the claim subject to offset? ■ No ☐ Yes

$276,085.14

---

**3.66** | **Nonpriority creditor's name and mailing address**
West Coast Sand and Gravel
7312 Orangethorpe Avenue
Buena Park, CA 90621

**Date(s) debt was incurred** 1/14/20

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Site Work Materials

Is the claim subject to offset? ■ No ☐ Yes

$2,922.39

---

| Debtor | Ramon Road Production Campus, LLC a Delaware limited liability company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223,425.39 |
|---|---|---|---|

White's Steel
87500 Airport Blvd.
Thermal, CA 92274

�True Contingent
�True Unliquidated
�True Disputed

Date(s) debt was incurred 12/5/19

Basis for the claim: Steel

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Allen Matkins Leck Gamble Mallory Natsis LLP<br>865 Figueroa Street, Suite 2800<br>Los Angeles, CA 90017 | Line 3.35<br>☐ Not listed. Explain ____ | – |
| 4.2 | Carol Yur<br>Dentons US LLP<br>601 S. Figueroa, Suite 2500<br>Los Angeles, CA 90017-5704 | Line 3.15<br>☐ Not listed. Explain ____ | – |
| 4.3 | Christian D. Humphreys<br>Dentons US LLP<br>601 S. Figueroa, Sute 2500<br>Los Angeles, CA 90017-5704 | Line 3.15<br>☐ Not listed. Explain ____ | – |
| 4.4 | Gibbs Digen Locher Turner Senet & Wittbrodt LLP<br>Christopher E. Ng & S.R. Staroba<br>1880 Century Park East, 12th FL.<br>Los Angeles, CA 90067 | Line 3.52<br>☐ Not listed. Explain ____ | – |
| 4.5 | Gregory F. Hauser<br>Wersch & Gering LLP<br>100 Wall Street, 10th Floor<br>New York, NY 10005 | Line 3.46<br>☐ Not listed. Explain ____ | – |
| 4.6 | Harmeyer Law Group, APC<br>Jeff G. Harmeyer, Esq<br>Timothy B. Pickett, Esq<br>110 W. A St., Suite 950<br>San Diego, CA 92101 | Line 3.43<br>☐ Not listed. Explain ____ | – |
| 4.7 | Howard Goodman<br>18321 Ventura Blvd., Ste 755<br>Tarzana, CA 91356 | Line 3.64<br>☐ Not listed. Explain ____ | – |
| 4.8 | Jae K. Park<br>Dentons US LLP<br>501 S. Figueroa, Ste 2500<br>Los Angeles, CA 90017-5704 | Line 3.15<br>☐ Not listed. Explain ____ | – |

| Debtor | Ramon Road Production Campus, LLC a Delaware limited liability company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | James R. Wakefield, PC<br>Attn: Edward J. Farrell<br>2424 S.E. Bristol St., Ste. 300<br>Newport Beach, CA 92660-0764 | Line  3.29<br><br>☐  Not listed. Explain ____ | — |
| 4.10 | John H. Thompson, Jr.<br>79-607 Country Club Dr. #2<br>Bermuda Dunes, CA 92203 | Line  3.30<br><br>☐  Not listed. Explain ____ | — |
| 4.11 | Jonathan S. Jemison<br>Denton US LLP<br>101 John F. Kennedy Parkway, FL 4<br>Short Hills, NJ 07078 | Line  3.15<br><br>☐  Not listed. Explain ____ | — |
| 4.12 | Law Office of Randy S. Snyder<br>5959 Topanga Canyon Blvd.<br>Suite 220<br>Woodland Hills, CA 91367-9753 | Line  3.5<br><br>☐  Not listed. Explain ____ | — |
| 4.13 | Marc S. Homme, APLC<br>P.O. Box 4250<br>Palm Desert, CA 92261 | Line  3.16<br><br>☐  Not listed. Explain ____ | — |
| 4.14 | Michael Kerbs; Kiki Engel<br>Reid & Hellyer, APC<br>P.O. Box 1300<br>Riverside, CA 92502-1300 | Line  3.9<br><br>☐  Not listed. Explain ____ | — |
| 4.15 | Pepper Hamilton LLP<br>Marion T. Hack; L.N. Eaton; C. Lee<br>350 S. Grand Ave., Suite 3400<br>Los Angeles, CA 90071 | Line  3.14<br><br>☐  Not listed. Explain ____ | — |
| 4.16 | Prosperous Law Group, P.C.<br>David Tran; Kristn S. Cable<br>3692 Katella Avenue, Suite B<br>Los Alamitos, CA 90720 | Line  3.33<br><br>☐  Not listed. Explain ____ | — |
| 4.17 | Robert J. Gilliland, Jr.<br>Guralnick & Gilliland, LLP<br>40-004 Cook St., Suite 3<br>Palm Desert, CA 92211 | Line  3.41<br><br>☐  Not listed. Explain ____ | — |
| 4.18 | Ryan Waggoner<br>Allen Matkins Leck Gamble Mallory N<br>865 Figueroa Street, Suite 2800<br>Los Angeles, CA 90017 | Line  3.3<br><br>☐  Not listed. Explain ____ | — |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    0.00 |
| **5b. Total claims from Part 2** | 5b.  + $ | 44,798,586.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $          44,798,586.00 |

For Unsecured Creditors: amounts are shown per latest invoice from creditor

Please note that certain sub-contractors claims are rolled up into larger claims that are made by contractors.    Therefore they are duplicative. Creditors are not shown as claims secured by real property.

| Fill in this information to identify the case: |
|---|

Debtor name    Ramon Road Production Campus, LLC a Delaware limited liability company

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Effective date 7/3/17 Final completion by 4/2/18 Contracted amount $5,930,120.40 Job not complete <br><br> Certhon Greenhouse Solutions ABC Westland 555 2685 DG Poeldik, Netherlands |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Effective 11/29/17 Written Termination Contracted amount $12,000 plus T&M Job not completed <br><br> CivilScapes |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Effective 8/12/19 Terms of contract undisclosed Contracted amount $8,500 plus T&M <br><br> Dennis Hurvitz 75401 Painted Desert Drive Indian Wells, CA 92210 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining | Effective 1/31/17 Contract terms to be determined Contracted amount $109,500 plus T&M Job not completed <br><br> Engel & Company |

Debtor 1  Ramon Road Production Campus, limited liability company

| First Name | Middle Name | Last Name |

Case number (if known) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Effective 2/9/18<br>Terms to be determinted<br>Contracted amount<br>$427,769.85<br>Job not completed | |
|---|---|---|---|
| | State the term remaining | | Helix Security<br>10200 E. Girard Ave., #B420<br>Denver, CO 80231 |
| | List the contract number of any government contract | _____ | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Effective date 1/18/19<br>7-Day Notice to Terminate<br>Contracted amount<br>$8,500 plus T&M | |
|---|---|---|---|
| | State the term remaining | | Herman Design Group<br>77899 Wolf Rd., Suite 102<br>Palm Desert, CA 92211 |
| | List the contract number of any government contract | _____ | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Effective 2/27/18<br>30-Day Notice to Terminate<br>Contracted amount<br>$231,000 plus T&M | |
|---|---|---|---|
| | State the term remaining | | Klawiter & Associates<br>626 Wilshire Blvd., #555<br>Los Angeles, CA 90017 |
| | List the contract number of any government contract | _____ | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Effective date 6/28/17<br>Completion by 3/30/18<br>Contracted amount<br>$4,382,460<br>Job not complete | |
|---|---|---|---|
| | State the term remaining | | Logiqs B.V.<br>Honderland<br>841, 2676 LV Maasdijk, Netherlands |
| | List the contract number of any government contract | _____ | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Contract 1 - Grading/Demo<br>Effective 11/27/2017<br>Contracted amount<br>$859,335 | |
|---|---|---|---|
| | State the term remaining | None - Completed | Orr Builders<br>39201 Badger St., #300<br>Palm Desert, CA 92211 |
| | List the contract number of any | _____ | |

Debtor 1  Ramon Road Production Campus, limited liability company

| First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | _____ | _____ |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Site Work<br>Effective 7/10/28<br>Completion date 11/30/18<br>Contracted amount $8,580,696<br>Job not completed |  |
|  | State the term remaining |  | Orr Builders<br>39201 Badger St., #300<br>Palm Desert, CA 92211 |
|  | List the contract number of any government contract | _____ |  |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Irrigation and Electrical Systems<br>Effective 9/27/17<br>Contracted amount $3,542,400<br>Job not complete |  |
|  | State the term remaining |  | PB Techniek<br>Honderdland 851, 2676 LV<br>Maasdijk, Netherlands |
|  | List the contract number of any government contract | _____ |  |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | CP Logistics, LLC<br>c/o Dentons US LLP<br>Attn: Chris Humphreys<br>601 S. Figueroa St.,<br>Suite 2500<br>Los Angeles, CA 90017 |  |
|  | State the term remaining | Terminated, but if not, 15+ years | Prior Lease (terminated 12/2019) for real property no longer owned by Debtor |
|  | List the contract number of any government contract | _____ |  |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Effective 3/1/17<br>7-Day Notice to Terminate<br>Contracted amount $79,170 plus T&M |  |
|  | State the term remaining |  | Sequoia Trail Engineers<br>1432 E. Northern Avenue<br>Phoenix, AZ 85020 |
|  | List the contract number of any government contract | _____ |  |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Effective 1/17/18<br>30-Day Notice to Terminate<br>Contracted amount $576,305 plus T&M | The Altum Now |

Debtor 1   Ramon Road Production Campus,   limited liability company                    Case number (*if known*) _____

     First Name       Middle Name       Last Name

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**       **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State the term remaining

List the contract number of any
    government contract     _____

| Fill in this information to identify the case: |
|---|
| Debtor name   Ramon Road Production Campus, LLC a Delaware limited liability company |
| United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name _Ramon Road Production Campus, LLC a Delaware limited liability company_

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** From  1/01/2020 to Filing Date | Interest on note | $167,619.00 |
   | **For prior year:** From  1/01/2019 to 12/31/2019 | Payments on note | $1,253,657.07 |
   | **For year before that:** From  1/01/2018 to 12/31/2018 | Interest on note | $0.00 |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   | --- | --- | --- | --- |

Debtor    Ramon Road Production Campus, LLC    Case number *(if known)*
         liability company

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. BOBS, LLC | 9/8/20 | $34,000,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Secured Debt - The indebtedness to the secured creditor who foreclosed was approximately $34 Million.  The value of the property that the secured creditor foreclosed upon was $86 Million.  However, the presence of the alleged lease to CP Logistics reduced the effective value of the Property. |
| 3.2. White Falcon Security | 6/26/20 | $7,560.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.3. Safarian Choi & Bolstad LLP | 7/9/20 | $9,011.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.4. White Falcon Security | 7/9/20 | $7,560.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.5. Perch LLC | 7/17/20 | $5,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.6. Perch LLC | 7/20/20 | $5,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.7. White Falcon Security | 7/27/20 | $7,560.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Debtor  Ramon Road Production Campus, LLC a limited    Case number *(if known)*
liability company

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. H&E Equipment Exchange LLC | 7/29/20 | $2,172.19 | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. Southern California Edison CC | 7/29/20 | $445.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. Brett Kelly | 7/31/20 | $1,095.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.11. Perch LLC | 7/31/20 | $5,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12. Safarian Choi & Bolstad LLP | 7/31/20 | $5,021.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13. CivilScapes Engineering, Inc. | 7/31/20 | $840.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14. Fracht USA | 7/31/20 | $1,059.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. Poisinelli LLP | 7/31/20 | $2,198.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    Ramon Road Production Campus, LLC, a Delaware limited     Case number (if known)
liability company

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16 White Falcon Security | 8/10/20 | $7,560.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.17 R. Martinez Electric & Generator Service | 8/17/20 | $1,220.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.18 White Falcon Security | 8/24/20 | $7,560.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19 Perch LLC | 8/24/20 | $5,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20 Coachella Valley Water District | 8/27/20 | $173.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.21 White Falcon Security | 9/7/20 | $4,365.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.22 Southern California Edison | 9/21/20 | $437.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor  Ramon Road Production Campus, LLC a limited    Case number *(if known)*
        liability company

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
   or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount
   may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
   listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
   debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
   a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account
   of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a
   debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
   in any capacity—within 1 year before filing this case.

   ☐ None.

   | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|
   | 7.1. Brittany Smith, Plaintiff vs Prestige International Security, Inc., Orr Builders et al., Defendants<br>PSC 2000503 | Compalint for Damages 1) Negligence; 2) Statutory Liability/Dangerous Condition Of Public Property; 3) Premises Liability; demaqnd for Jury Trial | Superior Court of CA, Riverside County 3255 E. Tahquitz Canyon Way Palm Springs, CA 92262 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.2. RLI Insurance Company vs. City of Catherdral City<br>PSC 2000961 | Personal Injury | Superior Court of CA; Riverside County 3255 E. Tahquitz Canyon Way Palm Springs, CA 92262 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.3. Critical Electric Systems Group, LLC et al. vs Orr Builders; et al.<br>PSC2001008 | Title to, possession of, and related damages re 69375 Ramon Rd., Cathedral, CA 92234 | Superior Court of California, Riverside 3225 Tahquitz Canyon Way Palm Springs, CA 92262 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

---

Debtor    Ramon Road Production Campus, LLC, a Delaware limited    Case number *(if known)*
liability company

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | Magik Glass Enterprises Inc. vs Sunniva Production Campus, LLC et al.<br>PSC2001265 | Title to, possession of, and related damages re 69375 Ramon Rd., Cathedral, CA 92234 | Superior Court of California County of Riverside 3225 Tahquitz Canyon Way Palm Springs, CA 92262 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Orr Builders vs Sunniva ProductionCampus, LLC<br>PSC2001566 | Title to, possession of, and related damages re 69375 Ramon Rd., Cathedral, CA 92234 | Superior Court of California County of Riverside 3225 Tahquitz Canyon Way Palm Springs, CA 92262 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | United Rentals (North America), Inc. vs Orr Builders, A Corporation et al<br>PSC2002683 | Title to, possession of, and related damages re 69375 Ramon Rd., Cathedral, CA 92234 | Superior Court of California County of Riverside 3225 Tahquitz Canyon Way Palm Springs, CA 92262 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | CP Logistics, LLC, a North Carolina limited liability company vs Sunniva Production Campus, LLC, a Delaware limited liability company<br>JAMS Ref. No. 1220064266 | | JAMS - Arbitration Cathedral City, CA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Logiqs B.V. vs Sunniva Productions Campus, LLC<br>AAA Case No. 01-20-0000-4770 | Breach of Contract $1,000,000 damages, plus $700,000 consequential damages | American Arbitration Associations Cathedral City | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    Ramon Road Production Campus, LLC a limited    Case number *(if known)*
          liability company

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. SulmeyerKupetz A Professional Corporation 333 South Grand Avenue, Suite 3400 Los Angeles, CA 90071 | | $12,500 Pre-Petiton Work $7,500 Preparation of Bankruptcy Petition and Schedules | $20,000.00 |

**Email or website address**
www.sulmeyerlaw.com

**Who made the payment, if not debtor?**
Bristol Capital Investors LLC

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☑ Does not apply

Debtor    Ramon Road Production Campus, LLC a Delaware    Case number *(if known)*
liability company

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wells Fargo Bank N.A. PO Box 63020 San Francisco, CA 94163 | XXXX-7681 | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other _Security Dep._ | 4/13/20 | $107.25 |

---

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

---

Debtor    Ramon Road Production Campus, LLC, a Delaware limited    Case number *(if known)*
liability company

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor    Ramon Road Production Campus, a California limited    Case number *(if known)*
          liability company

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.   Richard Rockley
          1800 Sutter Street, Suite 775
          Concord, CA 94520 | 1/1/18 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bristol Capital Investors, LLC | | Sole member | 100% |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

Debtor    Ramon Road Production Campus, LLC, a Delaware limited    Case number *(if known)*
liability company

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Graceland Matrix Partner, LLC | 1800 Sutter Street, Suite 775 Concord, CA 94520 | Sole member | 10/2017 to 6/2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Debtor    Ramon Road Production Campus, a California limited    Case number *(if known)*
     liability company

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 30, 2020

*Joel W Stoesser*

_____    Joel W. Stoesser
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Authorized Representative

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California-Riverside Division

In re    Ramon Road Production Campus, LLC a Delaware limited liability company      Case No. _____

                                      Debtor(s)                    Chapter     7        _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 7,500.00 |
   | Prior to the filing of this statement I have received | $ | 7,500.00 |
   | Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. [Other provisions as needed]
        Representation of the debtor at the initial 341(a) meeting of creditors

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        All services not expressly identified in Section 5 above

---

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

September 30, 2020
_____
*Date*

*Victor A. Sahn*
Victor A. Sahn
*Signature of Attorney*
SulmeyerKupetz
333 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
213.626.2311  Fax: 213.629.4520
vsahn@sulmeyerlaw.com
*Name of law firm*

---

Best Case Bankruptcy

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. &
State Bar No. & Email Address
Victor A. Sahn
333 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
213.626.2311 Fax: 213.629.4520
California State Bar Number: 97299 CA
vsahn@sulmeyerlaw.com

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION

In re:

Ramon Road Production Campus, LLC a Delaware
limited liability company

CASE NO.:

CHAPTER: 7

## VERIFICATION OF MASTER
## MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the
master mailing list of creditors filed in this bankruptcy case, consisting of __13__ sheet(s) is complete, correct, and
consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __September 30, 2020__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                              **F 1007-1.MAILING.LIST.VERIFICATION**

Ramon Road Production Campus, LLC
a Delaware limited liability company
101 Ygnacio Valley Rd., Suite 200
Walnut Creek, CA 94596


Victor A. Sahn
SulmeyerKupetz
333 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

Advanced Installations
81771 Oleander Ave. #1
Indio, CA 92201


Allen Matkins Leck Gamble Mallory
Natsis LLP
865 Figueroa Street, Suite 2800
Los Angeles, CA 90017


Alms Underground
38703 Vista Drive
Cathedral City, CA 92234


Barker Pacific Group
626 Wilshire Blvd., Suite 200
Los Angeles, CA 90017-2915


BB&L, Inc.
45116 Commerce Street
Indio, CA 92201


Bobs, LLC
c/o Royalty Realty & C. Sandoval
600 S. Spring St., Suite 106
Los Angeles, CA 90014


Boswell Safe and Vault
43980 Mahlon Vail Rd., Suite 3401
Temecula, CA 92592


Brittany Smith
c/o Greenberg & Ruby, LLP
Emily A. Ruby, Esq.
6100 Wilshire Blvd., Ste. 1170
Los Angeles, CA 90048

Carol Yur
Dentons US LLP
601 S. Figueroa, Suite 2500
Los Angeles, CA 90017-5704


Certhon Greenhouse Solutions
ABC Westland 555
2685 DG Poeldik
Netherlands


Christian Brothers Mechanical Servi
11140 Thurston Lane
Mira Loma, CA 91752


Christian D. Humphreys
Dentons US LLP
601 S. Figueroa, Sute 2500
Los Angeles, CA 90017-5704


City of Cathedral City
68700 Avenida Lalo Gueerrero
Cathedral City, CA 92234


CivilScapes


Clarisse Young Shumaker
Shumaker Mallory LLP
1 Ringbit Rd W
Rolling Hills, CA 90274


CM Process Solutions
505 E. Rincon St., Suite 150
Corona, CA 92879

Coachella Valley Water District
51501 Tyler St.
Coachella, CA 92236


Consolidated Electrical
Distributors
PO Box 847106
Los Angeles, CA 90084


CP Logistics, LLC c/o Dentons US LL
601 S. Figueroa, Ste 2500
Attn: Chris Humphreys
Los Angeles, CA 90017-5704


Critical Electric Systems Group
1278 Montalvo Way
Palm Springs, CA 92262


David Kretz
8 Kavenish Dr.
Rancho Mirage, CA 92270


Dennis Hurvitz
75401 Painted Desert Drive
Indian Wells, CA 92210


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Engel & Company

Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


G & V Greenhouse Solutions
13405 Walter Road
Sunman, IN 47041


Gabriel's Wrought Iron
46539 Spruce St.
Indio, CA 92201


Gauston Corp.
45311 Golf Center Parkway C
Indio, CA 92201


Gibbs Digen Locher Turner Senet &
Wittbrodt LLP
Christopher E. Ng & S.R. Staroba
1880 Century Park East, 12th FL.
Los Angeles, CA 90067


Golden Office Trailers
P.O. Box 669
Wildomar, CA 92595


Graceland Industries, Inc.
626 Wilshire Blvd., #200
Los Angeles, CA 90017


Gregory F. Hauser
Wersch & Gering LLP
100 Wall Street, 10th Floor
New York, NY 10005

Haight Brown & Bonesteel LLP
L.S. Zucker II and Kaitlin Preston
402 West Broadway, Suite 1850
San Diego, CA 92101


Harmeyer Law Group, APC
Jeff G. Harmeyer, Esq
Timothy B. Pickett, Esq
110 W. A St., Suite 950
San Diego, CA 92101


Helix Security
10200 E. Girard Ave., #B420
Denver, CO 80231


Herman Design Group
77899 Wolf Rd., Suite 102
Palm Desert, CA 92211


Howard Goodman
18321 Ventura Blvd., Ste 755
Tarzana, CA 91356


Idaho Pacific Lumber Co.
1770 S. Spanish Sun Way
Meridian, ID 83642


Interior Branding by iForm Media
74839 4snd Avenue, Ste. D
Palm Desert, CA 92211


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Interstate Asphalt and Concrete
PO Box 6358
Anaheim, CA 92816


J.H. Thompson & Sons
79-607 Country Club Dr. #2
Bermuda Dunes, CA 92203


Jae K. Park
Dentons US LLP
501 S. Figueroa, Ste 2500
Los Angeles, CA 90017-5704


James R. Wakefield, PC
Attn: Edward J. Farrell
2424 S.E. Bristol St., Ste. 300
Newport Beach, CA 92660-0764


Jewett Concrete
28700 Sunridge Court
Menifee, CA 92584


John H. Thompson, Jr.
79-607 Country Club Dr. #2
Bermuda Dunes, CA 92203


Jonathan S. Jemison
Denton US LLP
101 John F. Kennedy Parkway, FL 4
Short Hills, NJ 07078


Klawiter & Associates
626 Wilshire Blvd., #555
Los Angeles, CA 90017

Law Office of Randy S. Snyder
5959 Topanga Canyon Blvd.
Suite 220
Woodland Hills, CA 91367-9753


Logiqs B.V.
Honderland
841, 2676 LV Maasdijk, Netherlands


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110


Magik Glass and Door
3500 E. Tachevah Dr., Suite A
Palm Springs, CA 92262


Marc S. Homme, APLC
P.O. Box 4250
Palm Desert, CA 92261


Matich Corporation
1596 Harry Shepard Blvd.
San Bernardino, CA 92408


Michael Barker
Barker Pacific Group
626 Wilshire Blvd., Suite 200
Los Angeles, CA 90017-2915


Michael Barker, Agent for Service
of Process
Barker Pacific Group
626 Wilshire Blvd., Suite 200
Los Angeles, CA 90017-2915

Michael Kerbs  Kiki Engel
Reid & Hellyer, APC
P.O. Box 1300
Riverside, CA 92502-1300


Mobile Mini
22632 S.Alameda St.
Long Beach, CA 90810


Mortgage Lender Services, Inc.
c/o Marsha Townsend
11707 Fair Oaks Blvd., Suite 202
Fair Oaks, CA 95628


MR Somers Construction
10557 Juniper Ave.
Fontana, CA 92337


Norman M. Valz, Esq.
100 S. Broad St., Suite 1330
Philadelphia, PA 19110


Orr Builders
39201 Badger St., #300
Palm Desert, CA 92211


Pagliaro Construction
2382 Meadow Ridge Dr.
Chino Hills, CA 91709


Pascal Steel Corporation
555 2nd St., #4
Encinitas, CA 92024

Patton Enterprises
680 S. Williams Rd.
Palm Springs, CA 92264-1549


PB Techniek
Honderdland 851, 2676 LV
Maasdijk, Netherlands


Pepper Hamilton LLP
Marion T. Hack  L.N. Eaton  C. Lee
350 S. Grand Ave., Suite 3400
Los Angeles, CA 90071


Peterson Grading & Paving
2542 Avalon Street
Riverside, CA 92509


PM10, Inc.
75140 St. Charles Place #A
Palm Desert, CA 92211


PowerPlus
5500 E. La Palma
Anaheim, CA 92807


Prior Lease  terminated 12/2019
for real property no longer owned
by Debtor


Prosperous Law Group, P.C.
David Tran  Kristn S. Cable
3692 Katella Avenue, Suite B
Los Alamitos, CA 90720

RMC Construction, Inc.
PO Box 128
Thousand Palms, CA 92276


Robert J. Gilliland, Jr.
Guralnick & Gilliland, LLP
40-004 Cook St., Suite 3
Palm Desert, CA 92211


RSZ Plastering
91822 Katherine Drive
Mecca, CA 92254


Ryan Waggoner
Allen Matkins Leck Gamble Mallory N
865 Figueroa Street, Suite 2800
Los Angeles, CA 90017


S.R. Bray, LLC dba Power Plus
c/o Gibbs Digen Locher Turner Senet
& Wittbrodt LLP
1880 Century Park East, 12th Floor
Los Angeles, CA 90067


Safe Scaffolding
12306 Van Nuys Blvd.
Sylmar, CA 91342


Sequoia Trail Engineers
1432 E. Northern Avenue
Phoenix, AZ 85020


Shumaker Mallory, LLC
Clarisse Young Shumaker
Brett J. Wasserman
333 S. Grand Ave., Suite 3400
Los Angeles, CA 90071

Sierra Pacific Electrical
Contracting, Inc.
2542 Avalon Street
Riverside, CA 92509


Southwest Fire Pros
31410 Reserve Dr., Suite 2
Thousand Palms, CA 92276


SSW Mechanical Construction
670 Oleander Rd
Palm Springs, CA 92264


State Board of Equalization
Special Operations BK Team, MIC 29
P.O. box 942879
Sacramento, CA 94279-0029


Steven E. Creamer, Esq.
DRWelch Attorneys at Law
500 South Grand Ave., 18th Floor
Los Angeles, CA 90071


Superior Ready Mix L.P.
1508 W. Mission Road
Escondido, CA 92029


TEP Irvine
PO Box 18355
Irvine, CA 92623


The Altum Now

The McIntyre Company
2817 E. Cedar St., Suite 200
Ontario, CA 91761

Trench Shoring
206 N. Central Avenue
Compton, CA 90220

United Rentals
100 First Stamford Place, Ste. 700
Stamford, CT 06902

Urban Habitat
PO Box 1177
La Quinta, CA 92247

West Coast Sand and Gravel
7312 Orangethorpe Avenue
Buena Park, CA 90621

White's Steel
87500 Airport Blvd.
Thermal, CA 92274