1  JOSHUA A. DEL CASTILLO (BAR NO. 239015)
   MATTHEW D. PHAM (BAR NO. 287704)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  865 South Figueroa Street, Suite 2800
   Los Angeles, California 90017-2543
4  Phone: (213) 622-5555
   Fax: (213) 620-8816
5  E-Mail: jdelcastillo@allenmatkins.com
           mpham@allenmatkins.com
6
   Attorneys for Interested Party
7  ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
8

**FILED & ENTERED**

**DEC 30 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch       DEPUTY CLERK**

9               UNITED STATES BANKRUPTCY COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                    RIVERSIDE DIVISION

12  In re                                  Case No. 6:20-bk-16627-WJ

13  RAMON ROAD PRODUCTION CAMPUS,          Chapter 7
    LLC, a Delaware limited liability company fdba
14  SUNNIVA PRODUCTION CAMPUS, LLC,        **SCHEDULING ORDER**

15
16      Debtor.                            Date:  January 11, 2022
                                           Time:  1:00 p.m.
17                                         Ctrm:  304
                                                  United States Bankruptcy Court
18                                                3420 Twelfth Street
                                                  Riverside, CA  92501
19

The court has reviewed the stipulation between the parties filed on December 30, 2021 [docket #48].  Good cause appearing, the Court hereby ORDERS:

1. The hearing regarding the pending motion of the trustee for an order compelling turnover of documents [docket #44] is hereby continued from January 11, 2022, at 1:00 p.m. to February 8, 2022, at 1:30 p.m.

IT IS SO ORDERED.

### 

Date: December 30, 2021

_____
Wayne Johnson
United States Bankruptcy Judge